

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00150-CV

**IN THE INTEREST OF Q.M.-K.**, a Child

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2023PA00286
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against the appellant in relation to this appeal because appellant qualifies as indigent under Texas Rule of Appellant Procedure 20. *See* TEX. R. APP. P. 20.1(b).

SIGNED August 7, 2024.

_____
Lori I. Valenzuela, Justice